USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/13/09

So ORDERED.
THE CLERK SHALL MARK
MOTIONS NOS. 36 AND
38 AS TERMINATED.

[Signature]
8/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALYSSA J. HALL,

Plaintiff

v.                                    Civil No. 08 CV 9570

MERIDIAN CAPITAL GROUP, LLC, et al.

Defendants

### DEFENDANTS' WITHDRAWAL OF ITS MOTION TO STRIKE

Defendants' counsel, with consent of Plaintiff's counsel, hereby withdraws, without prejudice, Defendants Motion to Strike filed on May 26, 2009 as docket filing number 36.

Respectfully submitted,

[Signature]

James Joseph, Esq. (JNJ 4677)
JOSEPH & TERRACCIANO, LLP
2 Roosevelt Avenue, Suite 200
Syosset, New York 11791
(P) (516) 496-0202
(F) (516) 921-7785
Email: Jjoseph@jtesqs.com
*Attorneys for Defendants*